Decided January 12, 2012

## INVESTMENT ASSOCIATES *v.* SUMMIT ASSOCIATES, INC., ET AL.

The petition by the defendant Joseph D. Lancia for certification for appeal from the Appellate Court, 132 Conn. App. 192 (AC 32227), is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that General Statutes § 52-598 (c) is procedural in nature, and, therefore, may be applied retroactively?

"2. Did the Appellate Court properly determine that the trial court had subject matter jurisdiction over the plaintiff's 2009 motion to revive?

"3. Did the Appellate Court properly determine that the trial court had personal jurisdiction over the defendant for purposes of adjudicating the plaintiff's 2009 motion to revive?"

The Supreme Court docket number is SC 18910.

*Proloy K. Das* and *Bernard F. Gaffney*, in support of the petition.

*Pasquale Young*, in opposition.

Decided January 12, 2012